[No. 36233-0-I.    Division One.    January 21, 1997.]

FINANCIAL INDEMNITY COMPANY, *Respondent*, v. VILAIPHONE KEOMANEETHONG, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 94-2-24647-0, Robert S. Lasnik, J., entered February 2, 1995. *Affirmed* by unpublished opinion per Kennedy, A.C.J., concurred in by Grosse and Agid, JJ. Now published at 85 Wn. App. 350.

[No. 36459-6-I.    Division One.    January 21, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. DARRELL CADOTTE, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 95-1-00091-1, Gerald L. Knight, J., entered March 29, 1995. *Affirmed* by unpublished per curiam opinion.

[No. 36696-3-I.    Division One.    January 21, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. SOONTHAI DOUANGDALA, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 95-8-01211-8, Michael Spearman, J., entered May 23, 1995. *Affirmed* by unpublished per curiam opinion.

[No. 36786-2-I.    Division One.    January 21, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. YUSEF HERBERT, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 94-1-06961-2, Steven G. Scott, J., entered May 8, 1995. *Affirmed* by unpublished per curiam opinion.